# MISCELLANEOUS ORDERS

**2005–0569.  In re Application of Olterman.**
This cause came on for further consideration upon the filing by respondent on May 11, 2010, of a motion to seal the record. Upon consideration thereof,

It is ordered by this court that the motion is denied.

PFEIFER and LANZINGER, JJ., dissent.

# MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0353.  State ex rel. Sears Roebuck & Co. v. Davy.**
Franklin App. No. 09AP–272, 2010-Ohio-87.

**2010–0389.  Hilliard City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2007–M–277 and 2007–M–278.

**2010–0955.  State ex rel. Sears Roebuck & Co. v. Indus. Comm.**
Franklin App. No. 09AP–180, 2010-Ohio-1818.

**2010–0964.  State ex rel. Gonzales v. Morgan.**
Franklin App. No. 09AP–752, 2010-Ohio-1959.

# CASE ANNOUNCEMENTS

*June 14, 2010*

[Cite as *06/14/2010 Case Announcements*, 2010-Ohio-2650.]

# MOTION AND PROCEDURAL RULINGS

**In re Grundstein.**
On June 3, 2009, this court found Robert Grundstein to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Grundstein was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On June 7, 2010, Grundstein submitted a motion for leave to proceed to file a writ. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Robert Grundstein's motion for leave is denied.

**2009–2310.  Dialysis Clinic, Inc. v. Levin.**
Board of Tax Appeals, No. 2006–V–2389. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration thereof,

It is ordered by the court, sua sponte, that this case be set for oral argument before the full court.

# CASE ANNOUNCEMENTS

*June 17, 2010*

[Cite as *06/17/2010 Case Announcements*, 2010-Ohio-2752.]